UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

CASE NO.: 5:23-cv-1122

HAROLD DAVIS,

                Plaintiff,

v.

PICKETT'S PEST CONTROL,

                Defendant,

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff HAROLD DAVIS by and through his undersigned counsel, brings this Complaint against Defendant PICKETT'S PEST CONTROL for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff HAROLD DAVIS ("Davis") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Davis' original copyrighted Work of authorship.

2. Harold Davis is the bestselling author of many books about digital photography and Photoshop, including most recently "Achieving Your Potential As A Photographer" from Focal Press, as well as "Monochromatic HDR Photography", "The Way Of The Digital Photographer" and many others. Davis is a digital artist using his photographs as his source material. Davis uses his training and skills as a fine art painter to free him from the restraints of conventional photography and place him squarely in the broader traditions and experiences of art. Specifically, he starts with the creative controls inherent to cameras and photography, and by

using compositing, Photoshop, digital painting on layers and layer masks, and special effect filters to achieve the desired effect.

3.      Defendant 'Pickett's Pest Control' ('"PPC'") is a pest control company dedicated to providing each and every customer with the highest level of personalized service.   At all times relevant herein, 'PPC' owned and operated the internet website located at the URL www.pickettspestcontrol.com (the "Website").

4.      Davis alleges that Defendant copied Davis's copyrighted Work from the internet in order to advertise, market and promote its business activities.  PPC committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the PPC's business.

## JURISDICTION AND VENUE

5.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.      Defendant is subject to personal jurisdiction in Texas.

8.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, PPC engaged in infringement in this district, PPC resides in this district, and PPC is subject to personal jurisdiction in this district.

## DEFENDANT

9.      Pickett's Pest Control is a Texas Limited Liability Company, with its principal place of business at 1885 FM 2673, Canyon Lake, Texas 78133, and can be served by serving its Registered Agent, Kip Schroller, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2005, Davis created the photograph entitled "WASP.," which is shown below and referred to herein as the "Work".



11. Davis registered the Work with the Register of Copyrights on May 18, 2016, and was assigned registration number VA 2-010-611. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Davis' Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Davis was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY PPC

14. PPC has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, PPC copied the Work.

16. On or about March 23, 2022, Davis discovered the unauthorized use of his Work on the Website. When describing and illustrating different types of insects and critters, PPC used Davis's Work to illustrate a wasp.

17. PPC copied Davis' copyrighted Work without Davis' permission.

18. After PPC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its pest control business activities.

19. PPC copied and distributed Davis' copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Davis' Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

21. PPC committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Davis never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. Davis notified PPC of the allegations set forth herein on December 30, 2022 and January 10, 2023. To date, the parties have failed to resolve this matter.

## COUNT I
## <u>COPYRIGHT INFRINGEMENT</u>

24. Davis incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Davis owns a valid copyright in the Work at issue in this case.

26. Davis registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. PPC copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Davis' authorization in violation of 17 U.S.C. § 501.

28. PPC performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Davis has been damaged.

31. The harm caused to Davis has been irreparable.

WHEREFORE, the Plaintiff HAROLD DAVIS prays for judgment against the Defendant PICKETT'S PEST CONTROL that:

    a. PPC and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. PPC be required to pay Davis his actual damages and Defendant's profits attributable to the infringement, or, at Davis' election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Davis be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

      d.      Davis be awarded pre- and post-judgment interest; and

      e.      Davis be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Davis hereby demands a trial by jury of all issues so triable.

DATED: September 6, 2023      Respectfully submitted,

*/s/ Craig Anthony Wirth*
Craig Anthony Wirth
Craig.wirth@sriplaw.com
Bar Number: 3482814

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
Telephone – 561.404.4350
Facsimile – 561.404.4353

*Counsel for Plaintiff Harold Davis*